IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION<br><br>This Document Applies To:<br><br>*American National Insurance Company, et al. v. Fuld, et al.*,<br>Case No. 1:09-cv-02363-LAK;<br><br>*California Public Employees' Retirement System v. Fuld, et al.*<br>Case No. 1:11-cv-01281-LAK;<br><br>*City of Auburn v. Fuld, et al.*<br>Case No. 1:09-cv-03474-LAK;<br><br>*City of Burbank v. Fuld, et al.*<br>Case No. 1:09-cv-03475-LAK;<br><br>*City of Cerritos v. Citigroup Global Market, Inc., et al.*<br>Case No. 1:09-cv-07878-LAK;<br><br>*City of Fremont v. Citigroup Global Markets, Inc., et al.*<br>Case No. 1:09-cv-03478-LAK;<br><br>*City of Long Beach v. Fuld, et al.*<br>Case No. 1:09-cv-03467-LAK;<br><br>*City of San Buenaventura v. Fuld, et al.*<br>Case No. 1:09-cv-03476-LAK;<br><br>*City of South San Francisco v. Citigroup Global Markets, Inc., et al.*<br>Case No. 1:09-cv-01946-LAK;<br><br>*Contra Costa Water District v. Fuld, et al.*<br>Case No. 1:09-cv-06652-LAK; | Civil Action No. 09 MD 2017 (LAK)<br><br>ECF CASE |

*County of Alameda v. Ernst & Young, LLP, et al.*
Case No. 1:09-cv-07877-LAK;

*County of Tuolumne v. Ernst & Young, LLP, et al.*
Case No. 1:09-cv-03468-LAK;

*Danis v. Ernst & Young LLP, et al.*,
Case No. 1:11-cv-09001-LAK;

*Epstein Real Estate Advisory Retirement Trust v. Fuld, et al.*,
Case No. 1:10-cv-05617-LAK;

*Fifty-Ninth Street Investors LLC v. Ernst & Young, LLP, et al.*
Case No. 1:11-cv-4278-LAK;

*Loschiavo et al. v. Fidelity Management Trust Co.*,
Case No. 1:10-cv-08631-LAK;

*Mary A. Zeeb, Monterey County Treasurer, on Behalf of the Monterey County Investment Pool v. Fuld, et al.*,
Case No. 1:09-cv-01944-LAK;

*Remer v. Fuld, et al.*,
Case No. 1:10-cv-02926-LAK;

*San Mateo County Investment Pool v. Fuld, et al.*,
Case No. 1:09-cv-01239-LAK;

*Avi Schron and Adina Schron, JTWROS v. Ernst & Young, LLP, et al.*,
Case No. 1:11-cv-5112-RJH;

*State Compensation Insurance Fund vs. Fuld, et al.*,
Case No. 1:11-cv-03892-LAK;

*The State of New Jersey, Department of Treasury, Division of Investment v. Fuld, et al.*,
Case No. 1:10-cv-05201-LAK;

> *Starr International U.S.A. Investments LC, et al. v. Ernst & Young LLP*,
> Case No. 1:11-cv-3745-LAK;
>
> *Vallejo Sanitation and Flood Control District v. Fuld, et al.*
> Case No. 1:09-cv-06040-LAK;
>
> *Washington State Investment Board v. Fuld, et al.*,
> Case No. 1:09-cv-06041-LAK;
>
> *Zenith Insurance Company v. Fuld, et al.*
> Case No. 1:09-cv-01238-LAK

**DECLARATION OF CHRISTOPHER S. TURNER IN SUPPORT OF DEFENDANT ERNST & YOUNG LLP'S MOTIONS TO DISMISS AND JOINDERS IN MOTIONS TO DISMISS CERTAIN INDIVIDUAL ACTIONS**

I, Christopher S. Turner, am an associate of the law firm of Latham & Watkins LLP, 555 Eleventh Street, NW, Washington, DC 20004-1304. I am admitted to the Bars of the State of Georgia and the District of Columbia. I am submitting this declaration in support of Defendant Ernst & Young LLP's Motions to Dismiss and Joinders in Motions to Dismiss Certain Individual Actions.

1. Attached as Exhibit 1 is a true and correct copy of the Petition, the operative complaint in *Danis v. Ernst & Young LLP, et al.*, Case No. 1:11-cv-09001-LAK.

2. Attached as Exhibit 2 is a true and correct copy of the Amended Complaint, the operative complaint in *Starr International U.S.A. Investments LC, et al. v. Ernst & Young LLP*, Case No. 1:11-cv-3745-LAK.

3. Attached as Exhibit 3 is a true and correct copy of the Second Amended Complaint, the operative complaint in *The State of New Jersey, Department of Treasury, Division of Investment v. Fuld, et al.*, Case No. 1:10-cv-05201-LAK.

4. Attached as Exhibit 4 is a true and correct copy of the Tolling and Waiver Agreement by and among California Public Employees' Retirement System and Ernst & Young LLP, executed by counsel for Ernst & Young LLP.

5. Attached as Exhibit 5 is a true and correct copy of a letter dated November 16, 2011, from Thomas E. Egler of Robbins Geller Rudman & Dowd LLP to Jamie L. Wine of Latham & Watkins LLP, providing notice of termination of the Tolling and Waiver Agreement dated February 7, 2011.

I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Executed on January 6, 2012

Christopher S. Turner