UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION<br><br>This Document Applies To:<br><br>*American National Insurance Company, et al. v. Fuld, et al.*<br>Case No. 1:09-cv-02363-LAK;<br><br>*California Public Employees' Retirement System v. Fuld, et al.*<br>Case No. 1:11-cv-01281-LAK;<br><br>*City of Auburn v. Fuld, et al.*<br>Case No. 1:09-cv-03474-LAK;<br><br>*City of Burbank v. Fuld, et al.*<br>Case No. 1:09-cv-03475-LAK;<br><br>*City of Cerritos v. Citigroup Global Market, Inc., et al.*<br>Case No. 1:09-cv-07878-LAK<br><br>*City of Fremont v. Citigroup Global Markets, Inc., et al.*<br>Case No. 1:09-cv-03478-LAK;<br><br>*City of Long Beach v. Fuld, et al.*<br>Case No. 1:09-cv-03467-LAK;<br><br>*City of San Buenaventura v. Fuld, et al.*<br>Case No. 1:09-cv-03476-LAK;<br><br>*City of South San Francisco v. Citigroup Global Markets, Inc., et al.*<br>Case No. 1:09-cv-01946-LAK;<br><br>*Contra Costa Water District v. Fuld, et al.*<br>Case No. 1:09-cv-06652-LAK; | Civil Action No. 09 MD 2017 (LAK)<br><br>ECF CASE<br><br>**CERTIFICATE OF SERVICE** |

*County of Alameda v. Ernst & Young, LLP, et al.*
Case No. 1:09-cv-07877-LAK;

*County of Tuolumne v. Ernst & Young, LLP, et al.*
Case No. 1:09-cv-03468-LAK;

*Danis v. Ernst & Young LLP, et al.*
Case No. 1:11-cv-09001-LAK;

*Epstein Real Estate Advisory Retirement Trust v. Fuld, et al.*
Case No. 1:10-cv-05617-LAK;

*Fifty-Ninth Street Investors LLC v. Ernst & Young, LLP, et al.*
Case No. 1:11-cv-4278-LAK;

*Loschiavo et al. v. Fidelity Management Trust Co.*
Case No. 1:10-cv-08631-LAK;

*Mary A. Zeeb, Monterey County Treasurer, on Behalf of the Monterey County Investment Pool v. Fuld, et al.*
Case No. 1:09-cv-01944-LAK;

*Remer v. Fuld, et al.,*
Case No. 1:10-cv-02926-LAK;

*San Mateo County Investment Pool v. Fuld, et al.*
Case No. 1:09-cv-01239-LAK;

*Avi Schron and Adina Schron, JTWROS v. Ernst & Young, LLP, et al.*
Case No. 1:11-cv-5112-RJH;

*State Compensation Insurance Fund vs. Fuld, et al.*
Case No. 1:11-cv-03892-LAK;

*The State of New Jersey, Department of Treasury, Division of Investment v. Fuld, et al.*
Case No. 1:10-cv-05201-LAK;

*Starr International U.S.A. Investments LC, et al. v. Ernst & Young LLP*
Case No. 1:11-cv-3745-LAK;

*Vallejo Sanitation and Flood Control District v. Fuld, et al.*
Case No. 1:09-cv-06040-LAK;

*Washington State Investment Board v. Fuld, et al.*
Case No. 1:09-cv-06041-LAK;

*Zenith Insurance Company v. Fuld, et al.*
Case No. 1:09-cv-01238-LAK

     I, Jessica L. Bengels, hereby certify that on January 6, 2012, true and correct copies of the: (1) Notice of Motion, dated 1/6/12; (2) Memorandum of Law in Support of Motions to Dismiss and Joinders in Motions to Dismiss Certain Individual Actions, dated 1/6/12; and (3) Declaration of Christopher S. Turner in Support of Defendant Ernst & Young LLP's Motions to Dismiss and Joinders in Motions to Dismiss Certain Individual Actions, dated 1/6/12, were caused to be served in accordance with the Federal Rules of Civil Procedure, via First Class Mail via the United States Postal Service upon:

John A. Tangredi, Esq.
14 Mamaroneck Avenue, Suite 403
White Plains, NY 10601
*Counsel for Plaintiff Sylvia Remer*

Jeffrey J. Lowe
Jeffrey J. Lowe, P.C.
8235 Forsyth Boulevard, Suite 100
St. Louis, MO 63105
*Counsel for Plaintiff Joseph P. Danis*

-and-

Gerard T. Carmody
Carmody Macdonald P.C.
120 South Central, Suite 1800
St. Louis, MO 63105
*Counsel for Defendants Moody's Corp., Brian M. Clarkson, Michael Kanef, Raymond W. McDaniel, Jr., and Moody's Investors Service, Inc.*

and to all other counsel of record via CM/ECF.

LATHAM & WATKINS LLP


By: *[signature]*
Jessica L. Bengels

885 Third Avenue
New York, New York 10022
(212) 906-1200

*Counsel for Defendant Ernst & Young LLP*