UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
IN RE: LEHMAN BROTHERS SECURITIES AND
ERISA LITIGATION

Case No.: 09 MD 02017 (LAK)

This Document Applies to: ALL CASES

------------------------------------------------------------X

**MEMO ENDOR**

## NOTICE OF WITHDRAWAL OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTE THAT Jonathan Krisbergh is no longer associated with Boies, Schiller & Flexner LLP and should be removed from the Court's service list with respect to the above referenced actions. Boies, Schiller & Flexner LLP continues to serve as counsel for Consolidated Defendant Incapital LLC, and all future correspondence and papers in this action should continue to be directed to them.

Dated: December 22, 2011
New York, NY

*Construing this as [a] withdrawal [and not] a motion [to be] granted*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

1/17/12

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By:   /s/ David Boyd
      David Boyd
      dboyd@bsfllp.com
      5301 Wisconsin Avenue NW, Suite 800
      Washington, D.C. 20015
      Tel: (202) 895-7593
      Fax: (202) 237-6131

*Attorney for Consolidated Defendant Incapital LLC*